1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   JASVIR SINGH,                              )
12                                            )  No. C 07-2519 MEJ
                         Plaintiff,           )
13                                            )
              v.                              )
14                                            )  ANSWER
   ALBERTO GONZALES, Attorney General of      )
15 the United States; MICHAEL CHERTOFF,       )
   Secretary, Department of Homeland Security;)
16 EMILIO GONZALEZ, Director, U.S.            )
   Citizenship and Immigration Services; EVELYN )
17 UPCHURCH, Director, Texas Service Center,  )
   U.S. Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, Director of Federal     )
   Bureau of Investigation,                   )
19                                            )
                         Defendants.          )
20 _____
   )
21
       Defendants hereby submit their answer to Plaintiff's Complaint for Writ of Mandamus.
22
                                   **INTRODUCTION**
23
       1. Paragraph One consists of Plaintiff's characterization of this action for which no answer is
24
   necessary.
25
       2. Defendants deny that they have unlawfully withheld and unreasonably delayed action on
26
   plaintiff's application.
27
                                      **PARTIES**
28
       3. Defendants admit the allegations in Paragraph Three.

Answer
C07-2519 MEJ                                  1

1   4. Defendants admit that CIS is the agency responsible for adjudicating asylum based adjustment of status applications.

2   5. Defendants deny the allegations in Paragraph Five.

3   6. Defendants admit the allegations in Paragraph Six.

4   7. Defendants admit the allegations in Paragraph Seven.

5   8. Defendants deny the allegations in Paragraph Eight.

6   9. Defendants admit the allegations in Paragraph Nine.

7   10. Paragraph Ten consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

8   11. Paragraph Eleven consists of Plaintiffs' allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**FACTS**

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen; however, Defendants deny that continuously present in the U.S. for one year is not the only requirement for eligibility for adjustment of status.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants admit the allegations in Paragraph Sixteen.

17. Defendants admit the allegations in the first and second sentences in Paragraph Seventeen. Defendants are without sufficient information to admit or deny the remaining allegations in this paragraph.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen.

19. Defendants admit that almost four years have passed since plaintiff filed his application; however, defendants are without sufficient information to admit or deny the remaining allegations

in this paragraph.

**CLAIMS**

20. Defendants admit the allegations in Paragraph Twenty; however, Defendants deny that plaintiff is eligible to adjust status as the adjudication of his application has not been completed.

21. Defendants admit that plaintiff's application for adjustment of status remains pending; however, Defendants deny the remaining allegations in this paragraph.

22. Defendants admit the first sentence of Paragraph Twenty-Two; however, Defendants deny the second sentence in this paragraph.

23. Defendants admit that the fingerprints have now expired; however, defendants deny that the process of security checks will restart once plaintiff is fingerprinted.

24. Defendants deny the allegations in Paragraph Twenty-Four.

25. Defendants deny the allegations in Paragraph Twenty-Five.

26. Defendants deny the allegations in Paragraph Twenty-Six.

27. Defendants deny the allegations in Paragraph Twenty-Seven.

28. Paragraph Twenty-Eight consists of Plaintiff's prayer for relief, to which no admission or denial is required.

29. Paragraph Twenty-Nine consists of Plaintiff's prayer for relief, to which no admission or denial is required.

30. Paragraph Thirty consists of Plaintiff's request for fees and costs, to which no admission or denial is required.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff cannot establish that Defendants' duty to act is ministerial, that no other adequate remedy is available, or that Plaintiff have a clear right to the relief sought. *See* 28 U.S.C. § 1361.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint

1  with prejudice; that Plaintiff take nothing; and that the Court grant such further relief as it deems
2  just and proper under the circumstances.
3  Dated: July 12, 2007                    Respectfully submitted,
4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5
6                                          _____/s/_____
                                           ILA C. DEISS
7                                          Assistant United States Attorney
                                           Attorneys for Defendants
8