1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   JASVIR SINGH,                        )
12                                      )   No. C 07-2519 MEJ
                 Plaintiff,             )
13                                      )
           v.                           )
14                                      )   **STIPULATION TO EXTEND DATES;**
   ALBERTO GONZALES, Attorney General of )  **and [PROPOSED] ORDER**
15 the United States; MICHAEL CHERTOFF,  )
   Secretary, Department of Homeland Security; )
16 EMILIO GONZALEZ, Director, U.S.       )
   Citizenship and Immigration Services; EVELYN )
17 UPCHURCH, Director, Texas Service Center, )
   U.S. Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation,             )
19                                      )
                 Defendants.            )
20                                      )

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following:

23      1. Plaintiff filed this action on or about May 11, 2007. Defendants submitted their response on

24 July 13, 2007.

25      2. Pursuant to this Court's May 11, 2007 Order Setting Initial Case Management Conference,

26 the parties are required to file a joint case management statement on August 9, 2007, and attend a

27 case management conference on August 16, 2007.

28      3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case,

Stipulation to Extend Dates
C07-2519 MEJ                              1

1 the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as
2 follows:

3     Last day to file/serve Joint Case Management Statement:    August 16, 2007

4     Case Management Conference:    August 23, 2007, at 10:00 a.m.

5

6 Date: August 3, 2007    Respectfully submitted,

7     SCOTT N. SCHOOLS
    United States Attorney

8

9     /s/
    ILA C. DEISS
    Assistant United States Attorney
10     Attorneys for Defendants

11

12     /s/
Date: August 3, 2007    AJAI MATHEW
13     Attorney for Plaintiff

14
**ORDER**
15
    Pursuant to stipulation, IT IS SO ORDERED.
16

17 Date:
    MARIA-ELENA JAMES
18     United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Dates
C07-2519 MEJ    2