1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   JASVIR SINGH,                      )
12                                    )  No. C 07-2519 MEJ
                      Plaintiff,      )
13                                    )
               v.                     )
14                                    )  **JOINT CASE MANAGEMENT**
   ALBERTO GONZALES, Attorney General of )  **STATEMENT** and **[Proposed] ORDER**
15 the United States; MICHAEL CHERTOFF, )
   Secretary, Department of Homeland Security; )
16 EMILIO GONZALEZ, Director, U.S.    )
   Citizenship and Immigration Services; EVELYN )
17 UPCHURCH, Director, Texas Service Center, )
   U.S. Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation,           )
19                                    )
                      Defendants.     )
20 _____ )

21    **1.  Jurisdiction and Service:**

22        The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. §

23 1361, and 5 U.S.C. § 701.  The parties do not dispute that venue is proper in this district.  No

24 issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

25    **2.  Facts:**

26        The plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident

27 with the United States Citizenship and Immigration Services (USCIS) on or about August 25,

28 2003.  The USCIS has not yet adjudicated the Form I-485 application.  The plaintiff filed an action

on May 11, 2007, seeking an order from this Court directing USCIS to adjudicate his Form I-485 application.

**3.  Legal Issues:**

Whether this Court should dismiss the plaintiff's action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the plaintiff's I-485 application within a reasonable period of time.

**4.  Motions:**

The parties intend to file cross-motions for summary judgment.

**5.  Amendment of Pleadings:**

No parties, claims or defenses are expected to be added or dismissed.

**6.  Evidence Preservation:**

The parties do not have any evidence that falls within this category.

**7.  Disclosures:**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8.  Discovery:**

The parties do not intend to take any discovery at this time.

9.  Class Actions:

N/A

**10.  Related Cases:**

The parties are not aware of any related case or cases.

**11.  Relief:**

The plaintiff asks this Court to direct USCIS to adjudicate his Form I-485 application.

**12.  Settlement and ADR:**

The parties filed a Request for an exemption from the Court's ADR process on July 26, 2007.

**13.  Consent to Magistrate Judge for All Purposes:**

The parties will consent to the assignment of this case to a magistrate judge.

**14. Other References:**

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues:**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule:**

The parties believe this case can be resolved on cross-motions for summary judgment.

**17. Scheduling:**

The parties propose the following schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | September 27, 2007 |
| Defendants' Opposition/Cross-Motion: | October 18, 2007 |
| Plaintiff's Reply/Opposition: | October 25, 2007 |
| Defendants' Reply: | November 1, 2007 |
| Hearing: | November 15, 2007 at 10:00 a.m. |

**18. Trial:**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-party Interested Entities or Persons:**

The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.**

None.

///

///

Joint Case Management Statement
C07-2519 MEJ                                      3

1  Date: August 16, 2007                          Respectfully submitted,

2                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
3

4                                                  _____
                                                              /s/
5                                                  ILA C. DEISS
                                                   Assistant United States Attorney
6                                                  Attorneys for Defendants

7

8  Date: August 16, 2007                          _____
                                                              /s/
9                                                  AJAI MATHEW
                                                   Attorney for Plaintiff
10
                            **CASE MANAGEMENT ORDER**
11
12        The Joint Case Management Statement and Proposed Order are hereby adopted by the

13  Court as the Case Management Order for the case, and the parties are ordered to comply with this

    Order.
14

15  Date: _____

16                                                 MARIA-ELENA JAMES
                                                   United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

    Joint Case Management Statement
    C07-2519 MEJ                           4