| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JASVIR SINGH, | ) | |
| Plaintiff, | ) | No. C 07-2519 MEJ |
| v. | ) | |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; EVELYN UPCHURCH, Director, Texas Service Center, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the

Parties' Request for ADR Exemption
C07-2519 MEJ                           1

1 | proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c),
2 | the parties request the case be removed from the ADR Multi-Option Program and that they be
3 | excused from participating in the ADR phone conference and any further formal ADR process.

4 | Dated: July 25, 2007     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 25, 2007

/s/
AJAI MATTHEW
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 21, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

Parties' Request for ADR Exemption
C07-2519 MEJ                              2