SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASVIR SINGH, ) | No. C 07-2519 MEJ |
|         Plaintiff, ) | |
| v. ) | |
| ALBERTO GONZALES, Attorney General of ) the United States; MICHAEL CHERTOFF, ) Secretary, Department of Homeland Security; ) EMILIO GONZALEZ, Director, U.S. ) Citizenship and Immigration Services; EVELYN ) UPCHURCH, Director, Texas Service Center, ) U.S. Citizenship and Immigration Services; ) ROBERT S. MUELLER, Director of Federal ) Bureau of Investigation, ) | **ORDER VACATING AUGUST 23, 2007 CASE MANAGEMENT CONFERENCE;** <br><br> **ORDER ADOPTING PARTIES' DATES FOR HEARING MOTIONS** |
|         Defendants. ) | |

.

**1. Jurisdiction and Service:**

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. § 1361, and 5 U.S.C. § 701. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts:**

The plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident

1  with the United States Citizenship and Immigration Services (USCIS) on or about August 25, 2003.
2  The USCIS has not yet adjudicated the Form I-485 application. The plaintiff filed an action on
3  May 11, 2007, seeking an order from this Court directing USCIS to adjudicate his Form I-485
4  application.

**3. Legal Issues:**

Whether this Court should dismiss the plaintiff's action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the plaintiff's I-485 application within a reasonable period of time.

**4. Motions:**

The parties intend to file cross-motions for summary judgment.

**5. Amendment of Pleadings:**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation:**

The parties do not have any evidence that falls within this category.

**7. Disclosures:**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery:**

The parties do not intend to take any discovery at this time.

9. Class Actions:

N/A

**10. Related Cases:**

The parties are not aware of any related case or cases.

**11. Relief:**

The plaintiff asks this Court to direct USCIS to adjudicate his Form I-485 application.

**12. Settlement and ADR:**

The parties filed a Request for an exemption from the Court's ADR process on July 26, 2007.

**13. Consent to Magistrate Judge for All Purposes:**

Joint Case Management Statement
C07-2519 MEJ                                        2

1 | The parties will consent to the assignment of this case to a magistrate judge.

**14. Other References:**

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues:**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule:**

The parties believe this case can be resolved on cross-motions for summary judgment.

**17. Scheduling:**

The parties propose the following schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | September 27, 2007 |
| Defendants' Opposition/Cross-Motion: | October 18, 2007 |
| Plaintiff's Reply/Opposition: | October 25, 2007 |
| Defendants' Reply: | November 1, 2007 |
| Hearing: | November 15, 2007 at 10:00 a.m. |

**18. Trial:**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-party Interested Entities or Persons:**

The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.**

None.

///

1  ///
2
3  Date: August 16, 2007                                  Respectfully submitted,
4                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
5
6                                                                  /s/
                                                          ILA C. DEISS
7                                                         Assistant United States Attorney
                                                          Attorneys for Defendants
8
9
                                                                   /s/
10 Date: August 16, 2007                                  AJAI MATHEW
                                                          Attorney for Plaintiff
11
12
                              **CASE MANAGEMENT ORDER**
13
       The Court is in receipt of the parties's Joint Case Management Statement, filed on August
14
   16, 2007. Upon review of the statement, the Court finds a case management conference
15
   unnecessary and VACATES the August 23, 2007 C.M.C. As both parties state that this matter
16
   would be best handled through motions, the Court shall not schedule any pre-trial or trial dates.
17
   Since the parties have meet and conferred as to a time frame for the hearing of the motions, and
18
   indicate that no discovery is to be taken, the Court hereby adopts the parties' proposed scheduling.
19
       The parties are ordered to comply with this Order. Further, the parties are ORDERED to
20
   meet and confer and file a joint statement of undisputed facts.
21
       **IT IS SO ORDERED.**
22
23
24
   Date: August 21, 2007
25
                                                          _____
26                                                        MARIA-ELENA JAMES
                                                          United States Magistrate Judge
27
28

Joint Case Management Statement
C07-2519 MEJ                                  4