**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO, CALIFORNIA**

| | |
|---|---|
| JASVIR SINGH (A# 76-859-957),<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ALBERTO GONZALES, Attorney General of<br>the United States; MICHAEL CHERTOFF,<br>Secretary, Department of Homeland Security;<br>EMILIO GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>EVELYN UPCHURCH, Director, Texas<br>Service Center, U.S. Citizenship and<br>Immigration Services; ROBERT MUELLER,<br>Director, Federal Bureau of Investigation<br>　　　Defendants | Case No. C-07-2519<br><br>Judge Maria-Elena James |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

AJAI MATHEW, ESQ. (CA BAR NO. 235505)
LAW OFFICE OF MANPREET SINGH GAHRA
P.O. BOX 12094
BERKELEY, CA 94712
PHONE: (510) 841-4582
FAX:  (510) 217-6847
E-MAIL: ajai@gahralaw.com


ATTORNEY FOR PLAINTIFF, JASVIR SINGH