# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that the following is true and correct. I am over the age of 18 years and am not a party to the within cause. My business mailing address is P.O. Box 12094, Berkeley, CA-94712.

On September 21, 2007, in the matter of <u>Jasvir Singh v. United States</u>, C 07 2519, I served a true copy of

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

And, by first class certified mail, postage fully prepaid, in Berkeley, California, on each person/entity listed below, addressed as follows:

> Ila C. Deiss
> Assistant U.S. Attorney
> 450 Golden Gate Ave., Box 36055
> San Francisco, CA 94102

Executed on September 21, 2007 Berkeley, California.

_____
Ajai Mathew, Esq.
Law Office of Manpreet Singh Gahra