AJAI MATHEW, ESQ. (CA BAR NO. 235505)
LAW OFFICE OF MANPREET SINGH GAHRA
P.O. BOX 12094
BERKELEY, CA 94712
PHONE: (510) 841-4582
FAX:  (510) 217-6847
E-MAIL: ajai@gahralaw.com

ATTORNEY FOR PLAINTIFF, JASVIR SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASVIR SINGH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EMILIO GONZALEZ, et al.,<br><br>　　　　　Defendants | No. C 07-2519 MEJ<br><br>**STIPULATED MOTION TO EXTEND CASE MANAGEMENT SCHEDULING ORDER BY 90 DAYS** |

 The parties move the Court to extend the scheduling of their respective motions/replies by 90 days.  Pursuant to the Court's order adopting the parties' Joint Case Management Statement in this matter, Plaintiff filed a motion for summary judgment on September 26, 2007. Defendants filed an opposition/cross-motion for summary judgment on October 18, 2007. Plaintiff's reply/opposition is due October 25, 2007, and defendants' reply is due on November 1, 2007.

 The parties move to extend the remaining deadlines for plaintiff's reply/opposition and defendants' reply by 90 days due to the fact that on October 23, 2007, plaintiff received from the defendant U.S. Citizenship and Immigration Services a Notice of Intent to Deny his I-485 Application for Permanent Residence.  Plaintiff has 30 days in which to respond to the notice.

MANDAMUS - 1

1  Once in receipt of his response, it is anticipated that the Defendants will promptly conclude
2  adjudication of his application. In order to allow plaintiff 30 days time to respond to the notice
3  and for defendants to review his response and conclude adjudication, the parties request the
4  Court to extend by 90 days the remaining deadlines set forth in the Court's scheduling order.
5  The parties further request that the hearing set for November 15, 2007 in this matter also
6  be rescheduled in accordance with the requested 90-day extension. This is the parties' first
7  request for an extension in this case.
8  Respectfully submitted this 25th day of October in 2007

10  AJAI MATHEW, ESQ.
    Attorney for Plaintiff

12  SCOTT N. SCHOOLS
    United States Attorney

15  ILA C. DEISS
    Assistant United States Attorney
    Attorney for Defendants

17  **PROPOSED ORDER**

18  Pursuant to this request for an Extension of Time and for the reasons stated therein, IT IS
19  HEREBY ORDERED that plaintiff's deadline to file a reply/opposition is extended until
20  January 23, 2008, and defendants' deadline to file a reply is extended until January 30, 2008. It
21  is further ORDERED that the hearing set for this matter on November 15, 2007 at 10 a.m. be
22  rescheduled for February 14, 2008 at 10 a.m.
23  Date:
24  MARIA-ELENA JAMES
    United States Magistrate Judge