```
 1 | JOSEPH P. RUSSONIELLO, CSBN 44332
   | United States Attorney
 2 | JOANN M. SWANSON, CSBN 88143
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | ILA C. DEISS, NY SBN 3052909
 4 | Assistant United States Attorney
 5 |    450 Golden Gate Avenue, Box 36055
   |    San Francisco, California 94102
 6 |    Telephone: (415) 436-7124
   |    FAX: (415) 436-7169
 7 |
   | Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASVIR SINGH, ) | |
|                           ) | No. C 07-2519 MEJ |
|             Plaintiff,    ) | |
|                           ) | |
|          v.               ) | |
|                           ) | **STIPULATION TO DISMISS AND** |
| ALBERTO GONZALES, Attorney General of ) | **[PROPOSED] ORDER** |
| the United States; MICHAEL CHERTOFF, ) | |
| Secretary, Department of Homeland Security; ) | |
| EMILIO GONZALEZ, Director, U.S. ) | |
| Citizenship and Immigration Services; EVELYN ) | |
| UPCHURCH, Director, Texas Service Center, ) | |
| U.S. Citizenship and Immigration Services; ) | |
| ROBERT S. MUELLER, Director of Federal ) | |
| Bureau of Investigation, ) | |
|                           ) | |
|             Defendants.   ) | |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). The parties also ask that the February 14, 2008 hearing date be vacated.

Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C07-2519 MEJ                              1

| | | |
|---|---|---|
| 1 | Date: January 16, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: January 16, 2008         /s/
AJAI MATHEW
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Dismiss
C07-2519 MEJ                           2