1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JASVIR SINGH, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C 07-2519 MEJ |
| v. | ) | |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; EVELYN UPCHURCH, Director, Texas Service Center, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). The parties also ask that the February 14, 2008 hearing date be vacated.

Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C07-2519 MEJ                                                       1

1 | Date: January 16, 2008 | Respectfully submitted,

2 | | JOSEPH P. RUSSONIELLO
   | | United States Attorney

4 | | _____/s/_____
5 | | ILA C. DEISS
   | | Assistant United States Attorney
   | | Attorneys for Defendants

8 | Date: January 16, 2008 | _____/s/_____
   | | AJAI MATHEW
   | | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 25, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

Stipulation to Dismiss
C07-2519 MEJ                                          2